

**STEIN | SAKS, PLLC**

YAAKOV SAKS▲•*
JUDAH STEIN▲•
ELIYAHU BABAD▲•
RAPHAEL DEUTSCH ▲
DAVID FORCE ▲•
NAKICHA JOSEPH▲
MARK ROZENBERG •
KENNETH WILLARD▲•

285 Passaic Street, Hackensack, NJ 07601   tel: 201.282.6500  fax: 201.282.6501  www.steinsakslegal.com

January 29, 2021

**Via CM/ECF**
The Honorable George B. Daniels
United States District Court
Southern District of New York

    **Re:** **Guglielmo V. Athletic Propulsion Labs Llc**
          Case #: 1:20-cv-0185

Dear Judge Daniels:

    We represent the plaintiff in the above matter. We write to respectfully request that the initial conference currently scheduled for February 3, 2021, at 9:30am be adjourned or canceled. The defendant is now in default and has not made contact with Plaintiff. Plaintiff has obtained the Clerk's Certificate of Default and anticipates filing a Motion for Default within 45 days.

    We thank Your Honor and the Court for its kind considerations and courtesies.

                                                       Respectfully submitted,

                                                       *s/ Mark Rozenberg*
                                                       Mark Rozenberg, Esq.

cc:    All Counsel of Record via ECF

---

*Stamped/handwritten order overlay:*

FEB 0 4 2021

The initial conference is adjourned from February 3, 2021 to April 7, 2021 at 9:30 a.m.

SO ORDERED

/s/ George B. Daniels
HON. GEORGE B. DANIELS